IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VoIP-Pal.com, Inc.,<br><br>            Plaintiff,<br><br>v.<br><br>T-Mobile USA, Inc.,<br><br>            Defendant. | Case No. 6:21-CV-00674-ADA<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF MARTIN E. GILMORE IN SUPPORT OF
T-MOBILE'S OPPOSED JOINDER IN MOTION TO TRANSFER**

I, Martin E. Gilmore, hereby declare as follows:

1.      I make this declaration of my own personal knowledge, and if compelled to testify, I could and would competently testify thereto. I am an attorney at Perkins Coie LLP, counsel for Defendant T-Mobile USA, Inc. ("Defendant" or "T-Mobile") in the above referenced action. This declaration is submitted in support of T-Mobile's opposed motion to transfer.

2.      Attached as **Exhibit A** is a printout showing T-Mobile stores in the San Francisco area, located at https://www.t-mobile.com/store-locator?sortBy=type1&page=1&search=San%20Francisco,%20CA,%20USA (last accessed March 23, 2022).

3.      Attached as **Exhibit B** is a printout showing T-Mobile stores in the Waco area, located at https://www.t-mobile.com/store-locator?sortBy=type1&page=1&search=Waco,%20TX,%20USA (last accessed March 23, 2022).

-2-

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge and understanding.

Executed in New York, New York this 25th day of March 2022.

*/s/ Martin E. Gilmore*
Martin E. Gilmore