**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| VoIP-Pal.com, Inc., <br>       Plaintiff, <br><br> v. <br><br> T-Mobile USA, Inc., <br>       Defendant. | Case No. 6:21-CV-00674-ADA <br><br> JURY TRIAL DEMANDED |

**ORDER GRANTING T-MOBILE'S OPPOSED JOINDER IN MOTION TO TRANSFER**

Before the Court is T-Mobile's Opposed Joinder in Motion to Transfer. The Court, having considered the motion and finding good cause therefor, hereby ORDERS that the motion is GRANTED.

**SIGNED** this _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE