# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00674-ADA |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § § | |

## ORDER RESETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for DISCOVERY HEARING by Zoom on November 03, 2022 at 04:00 PM.

IT IS SO ORDERED this 26th day of October, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE