# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., *Plaintiff*, v. AMAZON.COM, INC., AMAZON.COM SERVICES LLC, and AMAZON WEB SERVICES, INC., *Defendants*. | Case No. 6:21-cv-00668-ADA |
| VOIP-PAL.COM, INC., *Plaintiff*, v. VERIZON COMMUNICATIONS, INC.; CELLO PARTNERSHIP d/b/a VERIZON WIRELESS; VERIZON SERVICES CORP.; and VERIZON BUSINESS NETWORK SERVICES, INC., *Defendants*. | Case No. 6:21-cv-00672-ADA |
| VOIP-PAL.COM, INC., *Plaintiff*, v. T-MOBILE USA, INC., *Defendant*. | Case No. 6:21-cv-00674-ADA |

**NOTICE OF AGREED EXTENSION OF DEADLINE**

- 2 -

The Parties in the above captioned cases notify the Court that the Parties have agreed to extend the fact discovery deadline by 13 days.  The Parties also agree that no new discovery (written requests or deposition notices to parties or non-parties) may be served as a result of this agreement.  Further, the Parties agree that this extension does not resolve any discovery disputes between the Parties other than those relating to these scheduling matters, and all Parties reserve their rights to file any discovery-related motions as permitted by this Court's rules and orders.  Finally, the Parties agree that this extension does not impact any other existing case deadlines, including but not limited to those for disclosing expert reports.

The Parties therefore agree that: (1) the Close of Fact Discovery deadline is extended from December 9, 2022 to December 22, 2022.

Dated:  December 6, 2022

| | |
|---|---|
| */s/ William Hector* | */s/ R. William Sigler* |
| J. Mark Mann<br>Texas Bar No. 12926150<br>mark@themannfirm.com<br>G. Blake Thompson<br>blake@themannfirm.com<br>MANN \| TINDEL \| THOMPSON<br>201 E. Howard Street<br>Henderson, TX 75654<br>Tel: (903) 657-8540<br>Fax: (903) 657-6003<br><br>Frank C. Cimino, Jr. (*Pro Hac Vice*)<br>FCCimino@Venable.com<br>Megan S. Woodworth (*Pro Hac Vice*)<br>MSWoodworth@Venable.com<br>VENABLE LLP<br>600 Massachusetts Avenue, NW<br>Washington, DC 20001<br>(202) 344-4569<br><br>William Hector (*Pro Hac Vice*)<br>WAHector@Venable.com<br>VENABLE LLP<br>101 California Street, Suite 3800<br>San Francisco, CA 94111<br>(415) 653-3750<br><br>**ATTORNEYS FOR DEFENDANTS VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., AND VERIZON BUSINESS NETWORK SERVICES LLC** | Alan M. Fisch (*pro hac vice pending*)<br>*alan.fisch@fischllp.com*<br>R. William Sigler (*pro hac vice pending*)<br>*bill.sigler@fischllp.com*<br>Jeffrey M. Saltman (*pro hac vice pending*)<br>*jeffrey.saltman@fischllp.com*<br>Lisa N. Phillips (*pro hac vice pending*)<br>*lisa.phillips@fischllp.com*<br>FISCH SIGLER LLP<br>5301 Wisconsin Avenue NW<br>Suite 400<br>Washington, DC 20015<br>202.362.3500<br><br>M. Craig Tyler<br>Texas Bar No. 00794762<br>CTyler@perkinscoie.com<br>PERKINS COIE LLP<br>500 W 2nd St, Suite 1900<br>Austin, TX  78701-4687<br>Tel:  (737) 256-6113<br>Fax:  (737) 256-6300<br><br>Daniel T. Shvodian (*Pro Hac Vice*)<br>dshvodian@perkinscoie.com<br>Christopher Kelley *(Pro Hac Vice)*<br>ckelley@perkinscoie.com<br>PERKINS COIE LLP<br>3150 Porter Drive<br>Palo Alto, CA  94304-1212<br>Tel: 650.838.4300<br>Fax: 650.838.4350<br><br>**ATTORNEYS FOR DEFENDANTS AMAZON.COM, INC.; AMAZON.COM, SERVICES LLC; AND AMAZON WEB SERVICES, INC.** |

/s/ *Amanda Tessar*
Amanda Tessar
ATessar@perkinscoie.com
PERKINS COIE LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
Tel: (303) 291-2357
Fax: (303) 291-2457

Martin E. Gilmore
MGilmore@perkinscoie.com
PERKINS COIE LLP
500 W 2nd St 1900
Austin, Texas 78701
Tel: (737) 256-6100
Fax: (737) 256-6300

Melissa Richards Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
GILLAM AND SMITH, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
Tel: (903) 934-8450
Fax: (903) 934-9257

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.**

/s/ *Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property Law, PLLC
8980 N Pine Hollow Drive
Cedar Hills, Utah 84062
T: 925.482.6515

- 5 -

William M. Parrish
bparrish@stradlinglaw.com
Stradling Yocca Carlson & Rauth
500 W. 2nd Street
Austin, Texas 78703
T: 512.788.5020

**ATTORNEYS FOR PLAINTIFF**
**VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 6, 2022 to all counsel of record who are deemed to have consented to electronic service via email.

/s/ R. William Sigler
R. William Sigler