# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VoIP-Pal.com, Inc., <br><br>    Plaintiff, <br><br> v. <br><br> T-Mobile USA, Inc., <br><br>    Defendant. | Case No. 6:21-CV-00674-ADA <br><br> JURY TRIAL DEMANDED |

## T-MOBILE'S NOTICE OF SEALED EXHIBIT

Defendant T-Mobile USA, Inc., respectfully submits this notice to inform the Court that it inadvertently attached Exhibit A to its public Notice of Additional Attachments (Dkt. 83). Exhibit A contains confidential information. T-Mobile respectfully requests that the Court seal its Exhibit A to its notice of additional attachments.

Dated: February 7, 2023

          Respectfully submitted,

*/s/ Melissa R. Smith*

Amanda Tessar
ATessar@perkinscoie.com
**PERKINS COIE LLP**
1900 Sixteenth St.
Suite 1400
Denver, CO 80202
Phone: 303.291.2357
Fax: 303.291.2457

Martin Gilmore (*pro hac vice*)
MGilmore@perkinscoie.com
**PERKINS COIE LLP**
500 W 2nd St
Suite 1900
Austin, TX 78701
Phone: 737.256.6100
Fax: 737.256.6300

Melissa Richards Smith
melissa@gillamsmithlaw.com
**GILLAM AND SMITH, LLP**
303 South Washington Avenue
Marshall, TX 75670
(903)934-8450
Fax: (903)934-9257

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on this the 7th day of February, 2023, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system.

<u>*/s/ Melissa R. Smith*</u>