IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC.., <br><br> Defendants. | CIVIL ACTION NO. 6:21-cv-674-ADA |

**NOTICE OF ERRATA**

In the interests of justice and a complete record before the Court, Plaintiff VoIP-Pal.com. Inc. ("VoIP-Pal") respectfully submits this Notice of Errata concerning the exhibits submitted with the public version of VoIP-Pal's Opposition to Defendants' Motion to Strike. *See* Case No. 6:21-cv-674-ADA, Dkt. No. 120. It has come to VoIP-Pal counsel's attention that, through unintentional error, Exhibits 1 through 3 referred to in the Opposition, were filed publicly, when it was intended for them to remain Under Seal. *See* Case No. 6:21-cv-674-ADA, Dkt. Nos. 120-3, 120-4, 120-5. Accordingly, to correct this error, the Clerk has sealed these exhibits.

VoIP-Pal respectfully submits that the above corrections and clarifications are clerical in nature and are necessary for a clear and complete record before the Court. Furthermore, VoIP-Pal does not believe that any party has suffered or will suffer any prejudice from these minor corrections and clarifications.

Dated: March 27, 2022

        Respectfully submitted,

        By: /s/Lewis E. Hudnell, III
        Lewis E. Hudnell, III
        lewis@hudnelllaw.com
        Nicolas S. Gikkas
        nick@hudnelllaw.com
        Stanley H. Thompson
        stan@hudnelllaw.com
        Hudnell Law Group P.C.
        800 W. El Camino Real Suite 180
        Mountain View, California 94040
        T: 650.564.3698
        F: 347.772.3034

        Sean Franklin Parmenter
        sean@parmenterip.com
        Parmenter Intellectual Property Law, PLLC
        8980 N Pine Hollow Drive
        Cedar Hills, Utah 84062
        T: 925.482.6515

        William M. Parrish
        bparrish@stradlinglaw.com
        Stradling Yocca Carlson & Rauth
        500 W. 2nd Street
        Austin, Texas 78703
        T: 512.788.5020

        **ATTORNEYS FOR PLAINTIFF**
        **VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF ERRATA via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 27th day of March, 2022.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034