UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00674-ADA |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § | |

### ORDER SETTING DISCOVERY HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for DISCOVERY HEARING by private Zoom on May 22, 2023 at 02:30 PM.

IT IS SO ORDERED this 16th day of May, 2023.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE