# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendants. | CIVIL ACTION NO. 6:21-CV-674-ADA <br><br> JURY TRIAL DEMANDED |

## STIPULATION

The following are hereby stipulated and agreed by and between the attorneys for parties below:

1. On May 12, 2023, VoIP-Pal narrowed its asserted claims in this case to ten identified claims, including claims 43 and 140 of U.S. Patent No. 10,880,721. VoIP-Pal now further agrees to narrow its asserted claims in this case to eight claims, withdrawing its assertions based on claims 43 and 140 of the '721 patent. These two claims, and arguments relating to any alleged infringement of them, will not be presented at trial.

2. VoIP-Pal withdraws any and all claims of indirect infringement in this case and agrees that it will not present any arguments to the jury or Court that T-Mobile is liable for either contributory or induced infringement for any claim of the patents-in-suit; and

3. To the extent that VoIP-Pal asserts claims for pre-suit willful infringement, VoIP-Pal withdraws any and all claims of pre-suit willful infringement in this case and agrees it will not present any arguments to the jury or Court that T-Mobile is liable for willfully infringing the patents-in-suit before June 25, 2021 or that T-Mobile is liable for enhanced damages based on any alleged infringement of any claim of any asserted patent before June 25, 2021.

-2-

Dated: June 1, 2023                                      Respectfully submitted,

*/s/ Lewis E. Hudnell, III (with permission)*            /s/ *Martin E. Gilmore*

Lewis E. Hudnell, III                                    Amanda Tessar
lewis@hudnelllaw.com                                     ATessar@perkinscoie.com
Nicolas S. Gikkas                                        Perkins Coie LLP
nick@hudnelllaw.com                                      1900 Sixteenth Street, Suite 1400
Stanley H. Thompson                                      Denver, Colorado 80202-5255
stan@hudnelllaw.com
Hudnell Law Group P.C.                                   Martin E. Gilmore
800 W. El Camino Real Suite 180                          MGilmore@perkinscoie.com
Mountain View, California 94040                          Perkins Coie LLP
T: 650.564.3698                                          500 W 2nd St 1900
F: 347.772.3034                                          Austin, Texas 78701

Sean Franklin Parmenter                                  Melissa Richards Smith
sean@parmenterip.com                                     Texas Bar No. 24001351
Parmenter Intellectual Property Law, PLLC                melissa@gillamsmithlaw.com
8980 N Pine Hollow Drive                                 Gillam and Smith, L.L.P.
Cedar Hills, Utah 84062                                  303 South Washington Avenue
T: 925.482.6515                                          Marshall, TX 75670
                                                         (903)934-8450
William M. Parrish                                       Fax: (903)934-9257
bparrish@stradlinglaw.com
Stradling Yocca Carlson & Rauth                          **ATTORNEYS FOR DEFENDANT**
500 W. 2nd Street                                        **T-MOBILE USA, INC.**
Austin, Texas 78703
T: 512.788.5020

**ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC**.

-3-

## **CERTIFICATE OF SERVICE**

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the foregoing Stipulation via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure on this 1st day of June, 2023.

/s/ Melissa R. Smith