IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>T-MOBILE USA, INC.,<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-00674 -ADA |

**NOTICE OF ERRATA**

In the interests of justice and a complete record before the Court, Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") respectfully submits this Notice of Errata concerning VoIP-Pal's 1) Motion for Summary Judgment of No Invalidity for Prior Art Public Use as to U.S. Patent Nos. 8,630,234 and 10,880,721; and 2) Motion to Strike and Exclude Portions of T-Mobile's Expert Invalidity Report and Expert Testimony for Failure to Meet Applicable Disclosure Requirements. *See* Dkt. Nos. 141 and 143.

In VoIP-Pal's Motion for Summary Judgment of No Invalidity for Prior Art Public Use as to U.S. Patent Nos. 8,630,234 and 10,880,721, Dkt. No. 141 on Page 1 of VoIP-Pal's Motion and paragraph 2 refers to, "improperly using its technical expert as a conduit for new facts and new infringement theories,". The portion referred to as "infringement theories" is an unintentional clerical oversight. Through the submission of this errata, it has been corrected to, "improperly using its technical expert as a conduit for new facts and new invalidity contentions,".

In addition, Dkt. No. 141, on Page 9 of VoIP-Pal's aforementioned Motion and paragraph 2 refers to, "Furthermore, the Joul Proposal since the document describes a user trial to be

1

commenced". The portion referred to as "since the document" is to be omitted from the sentence as it was an unintentional clerical oversight. Through the submission of this errata, it has been corrected to, "Furthermore, the Joul Proposal describes a user trial to be commenced".

In VoIP-Pal's Motion to Strike and Exclude Portions of T-Mobile's Expert Invalidity Report and Expert Testimony for Failure to Meet Applicable Disclosure Requirements, Dkt. No. 143 on Page 10 of VoIP-Pal's Motion and paragraph 2 refers to, "Furthermore, the Joul proposal since the document describes a user trial". The portion referred to as "since the document" is to be omitted from the sentence as it was an unintentional clerical oversight. Through the submission of this errata, it has been corrected to, "Furthermore, the Joul proposal describes a user trial".

Accordingly, VoIP-Pal submits this Notice of Errata to correct the above errors. VoIP-Pal respectfully submits that the above corrections and clarifications are clerical in nature and are necessary for a clear and complete record before the Court. Furthermore, VoIP-Pal does not believe that any party has suffered or will suffer any prejudice from these minor corrections and clarifications.

Dated: June 16, 2023                    Respectfully submitted,

By: /s/*Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Stanley H. Thompson
stan@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property Law, PLLC
8980 N Pine Hollow Drive
Cedar Hills, Utah 84062
T: 925.482.6515

William M. Parrish
bparrish@stradlinglaw.com
Stradling Yocca Carlson & Rauth
500 W. 2nd Street
Austin, Texas 78703
T: 512.788.5020

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing **NOTICE OF ERRATA** via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 16th day of June, 2023.

By: */s/Lewis E. Hudnell, III*
    Lewis E. Hudnell, III
    lewis@hudnelllaw.com
    Hudnell Law Group P.C.
    800 W. El Camino Real Suite 180
    Mountain View, California 94040
    T: 650.564.3698
    F: 347.772.3034