IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC., <br><br> Plaintiff, <br><br> v. <br><br> T-MOBILE USA, INC., <br><br> Defendant. | CIVIL ACTION NO. 6:21-cv-674-ADA |

**ORDER DENYING T-MOBILE'S MOTION FOR SANCTIONS BASED ON VOIP-PAL'S VIOLATION OF THE COURT'S ORDER DATED FEBRUARY 23, 2023**

BEFORE THE COURT is T-Mobile's Motion For Sanctions Based On VoIP-Pal's Violation Of The Court's Order Dated February 23, 2023. The Court has considered all of the briefing on the Motion and finds that it should be and is hereby DENIED.

SIGNED this _____ day of _____, 2023.

_____
HONORABLE ALAN D ALBRIGHT
UNITED STATES DISTRICT COURT JUDGE

1