# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| Plaintiff, | |
| v. | |
| VERIZON COMMUNICATIONS, INC. et al. | |
| Defendants. | |
| VOIP-PAL.COM, INC. | CIVIL ACTION NO. 6:21-cv-674-ADA |
| Plaintiff, | |
| v. | |
| T-MOBILE USA, INC. | |
| Defendant. | |

## SECOND AMENDED SCHEDULING ORDER

On July 12, 2023, the Court removed from the Courts calendar and stayed all pretrial disclosure deadlines pending the setting of a new trial date and entry of a scheduling order based thereon. *See, e.g.,* Case No. Dkt. No. 6:21-cv-672-ADA, text order dated July 12, 2023. On January 5, 2024, the Court set a new Final Pretrial Conference date in the Verizon case for July 9, 2024 at 2p CT. *Id.* at Dkt. No. 161. On January 5, 2024, the Court set a new trial date in the Verizon case for August 19, 2024. *Id.* at Dkt. No. 162. On February 9, 2024, the Court offered a new Final Pretrial Conference date in the T-Mobile case for July 15, 2024, at 1:30p CT. On March 15, 2024, the Court set a new trial date in the T-Mobile case for November 4, 2024. *See* Case No. Dkt. No. 6:21-cv-674-ADA at Dkt. No. 239. After meeting and conferring, the parties jointly submit the following proposed schedule for the remaining pretrial dates to be entered in these cases inclusive of the dates that have already been set and offered by the Court. Accordingly, the Court enters the following schedule:

| **Date** | **Event** |
|---|---|
| April 4, 2024 | Serve Pretrial Disclosures (jury instructions (VoIP-Pal to serve initial draft of jury instructions), exhibits lists, witness lists, discovery and deposition designations). |
| May 2, 2024 | Serve objections to pretrial disclosures/rebuttal disclosures (Defendants to serve responsive draft of jury instructions). |
| May 23, 2024 | Serve objections to rebuttal disclosures; file Motions *in limine*. |
| June 6, 2024 | File Joint Pretrial Order and Pretrial Submissions (jury instructions, exhibits lists, witness lists, discovery and deposition designations); file oppositions to motions *in limine*. |

| Date | Event |
|---|---|
|  | From this date onwards, the parties are obligated to notify the Court of any changes to the asserted patents or claims. Such notification shall be filed on the docket within seven (7) days of the change and shall include a complete listing of all asserted patents and claims. If a change to the asserted patents or claims requires leave of court (for example, if a party is moving for leave to assert additional claims), notification shall not be required until the Court grants leave, at which point the notification must be filed within seven (7) days. |
| June 20, 2024<br><br>October 11, 2024<br>(Request for reporting for T-Mobile case) | File Notice of Request for Daily Transcript or Real Time Reporting. If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Kristie Davis at kmdaviscsr@yahoo.com<br><br>Deadline to file replies to motions in limine |
| June 24, 2024<br>(Verizon case)<br><br>September 9, 2024<br>(T-Mobile case) | Parties email the Court's law clerk to confirm pretrial and trial dates. |
| June 26, 2024 | Deadline to meet and confer regarding remaining objections and disputes on motions *in limine*. |
| June 28, 2024 | File joint notice identifying remaining objections to pretrial disclosures and disputes on motions *in limine*. |

| Date | Event |
|---|---|
| July 9, 2024 at 2p CT (For motions filed in Verizon case)<br><br>July 15, 2024 at 1:30p CT (For motions filed only in T-Mobile case) | Final Pretrial Conference. |
| August 19, 2024 (Verizon Case)<br><br>November 4, 2024 (T-Mobile Case) | Jury Selection/Trial. |

SIGNED this _____ day of _____, 2024

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Dates: March 20, 2024 | Respectfully Submitted, |
| */s/ Lewis E. Hudnell, III* | */s/ Megan S. Woodworth (with permission)* |
| Lewis E. Hudnell, III | Frank C. Cimino, Jr. |
| lewis@hudnelllaw.com | FCCimino@venable.com |
| Nicolas S. Gikkas | William A. Hector |
| nick@hudnelllaw.com | WAHector@venable.com |
| Stanley H. Thompson | Megan S. Woodworth |
| stan@hudnelllaw.com | MSWoodworth@venable.com |
| **Hudnell Law Group P.C.** | William C. Lawrence |
| 800 W. El Camino Real Suite 180 | wclawrence@venable.com |
| Mountain View, California 94040 | **Venable LLP** |
| T: 650.564.3698 | 600 Massachusetts Avenue, NW |
| F: 347.772.3034 | Washington, DC 20001 |
| | T: 202.344.4000 |
| | F: 202.344.8300 |
| Sean Franklin Parmenter | |
| sean@parmenterip.com | Deron Dacus |
| **Parmenter Intellectual Property Law, PLLC** | ddacus@dacusfirm.com |
| | **Dacus Law Firm** |
| 8980 N Pine Hollow Drive | 821 ESE Loop 323 |
| Cedar Hills, Utah 84062 | Suite 430 |
| T: 925.482.6515 | Tyler, TX 75701 |
| | T: 903.705.1117 |
| Mark D. Siegmund | F: 903.58.2543 |
| msiegmund@cjsjlaw.com | |
| Craig D. Cherry | **ATTORNEYS FOR DEFENDANTS VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP D/B/A VERIZON WIRELESS, VERIZON SERVICES CORP., AND VERIZON BUSINESS NETWORK SERVICES LLC** |
| ccherry@cjsjlaw.com | |
| **Cherry Johnson Siegmund James, PLLC** | |
| The Roosevelt Tower | |
| 400 Austin Ave | |
| 9th Floor, Suite 903 | |
| Waco, TX 76701 | |
| T: (254) 732-2242 | |
| | |
| **ATTORNEYS FOR PLAINTIFF VOIP-PAL.COM, INC.** | |

*/s/ Martin E. Gilmore (with permission)*
Martin E. Gilmore
MGilmore@perkinscoie.com
Perkins Coie LLP
500 W 2nd St 1900
Austin, Texas 78701
T: 737.256.6100
F: 737.256.6300

Amanda Tessar
ATessar@perkinscoie.com
Perkins Coie LLP
1900 Sixteenth Street, Suite 1400
Denver, Colorado 80202-5255
T: 303.291.2300
F: 303.291.2400

Melissa R. Smith
melissa@gillamsmithlaw.com
Gillam and Smith, L.L.P.
303 South Washington Avenue
Marshall, TX 75670
T: 903.934.8450
F: 903.934.9257

**ATTORNEYS FOR DEFENDANT T-MOBILE USA, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing **SECOND AMENDED SCHEDULING ORDER** via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 20th day of March 2024.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III