IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>VERIZON COMMUNICATIONS, INC.;<br>CELLCO PARTNERSHIP dba VERIZON WIRELESS;<br>VERIZON SERVICES, CORP.; and<br>VERIZON BUSINESS NETWORK SERVICES, INC.;<br><br>　　　　Defendants. | CIVIL ACTION NO. 6:21-cv-672-ADA |
| VOIP-PAL.COM, INC.<br><br>　　　　Plaintiff,<br><br>　v.<br><br>T-MOBILE USA, INC.<br><br>　　　　Defendant. | CIVIL ACTION NO. 6:21-cv-674-ADA |

**NOTICE OF DECISION**

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") notifies the Court that on April 30, 2024, Judge Brantley Starr of the Northern District of Texas issued an order in *VoIP-Pal.com Inc. v. Huawei Technologies Co. LTD. et al.* 3:23-cv-00151-X (N.D. Tex.) denying the Huawei defendants' motion for judgment on the pleadings. The motion asserted that U.S. Patent Nos. 8,630,234 and 10,880,721—the same patents as in the above-captioned cases—claim ineligible subject matter under 35 U.S.C. §101. In denying the motion, Judge Starr (1) rejected the Huawei defendants' argument that claim 1 of the '234 patent is representative of all of the asserted claims; (2) rejected the Huawei defendants' argument that claim 1 of the '234 patent recites mere routine practices akin to

1

switchboard operations that are performed by a computer; (3) rejected the Huawei defendants' argument the claimed invention merely uses computers to perform the well-known functions associated with the use of a calling card to avoid long distance charges; and (4) found that the Huawei defendants failed to show that claim 1 of the '234 patent is purely abstract and does not capture an asserted improvement in the art.  A copy of the order is attached as Exhibit A.

Dated: May 1, 2024

Respectfully submitted,

By: /s/*Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Nicolas S. Gikkas
nick@hudnelllaw.com
Stanley H. Thompson, Jr.
stan@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property Law, PLLC
8980 N Pine Hollow Drive
Cedar Hills, Utah 84062
T: 925.482.6515

Mark D. Siegmund
msiegmund@cjsjlaw.com
Craig D. Cherry
ccherry@cjsjlaw.com
Cherry Johnson Siegmund James, PLLC
The Roosevelt Tower
400 Austin Ave
9th Floor, Suite 903
Waco, TX 76701
T: (254) 732-2242

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing NOTICE OF DECISION via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 1st day of May, 2024.

By: */s/Lewis E. Hudnell, III*
Lewis E. Hudnell, III
lewis@hudnelllaw.com
Hudnell Law Group P.C.
800 W. El Camino Real Suite 180
Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034