# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. | § |
| | § CIVIL NO: |
| vs. | § WA:21-CV-00674-ADA |
| | § |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § |

## ORDER CANCELLING FINAL PRE-TRIAL CONFERENCE

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **FINAL PRE-TRIAL CONFERENCE** on **Monday, July 15, 2024 at 01:30 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 11th day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE