# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC. | § |
| | §   CIVIL NO: |
| vs. | §   WA:21-CV-00674-ADA |
| | § |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § |

## ORDER CANCELLING JURY TRIAL

  IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **JURY TRIAL** on **Monday, November 04, 2024 at 09:00 AM is hereby CANCELLED until further order of the court**.

  IT IS SO ORDERED this 18th day of July, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE