IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>T-MOBILE USA, INC.,<br><br>    Defendant. | Case No.  6:21-cv-674-ADA |

# FINAL JUDGMENT

At the Final Pretrial Conference held July 9, 2024, the Court announced on the record that (1) Defendant T-Mobile USA, Inc.'s ("Defendant") Motion to Amend Answer to Add Counterclaims (Dkt. No. 88) is **GRANTED**; (2) Defendant's Motion for Sanctions Based on VoIP-Pal's Violation of Court Order (Dkt. No. 219) is **DENIED;** and (3) Defendant's Motion for Summary Judgment of Non-Infringement (Dkt. No. 136) is **GRANTED**.  The Court issued a written opinion granting Defendant's Motion for Summary Judgment of Non-Infringement on July 29, 2024.  Dkt. No. 272.  The Court now enters its Final Judgment as follows:

    **IT IS ORDERED** that final judgment of non-infringement is entered in favor of Defendant and against Plaintiff.  Plaintiff shall take nothing in this action.

    **IT IS FURTHER ORDERED** that any and all motions not previously ruled upon by the Court are **DENIED** as moot.

    **IT IS FURTHER ORDERED** that Defendant's remaining counterclaims and defenses are dismissed without prejudice.

    **IT IS FURTHER ORDERED** that Plaintiff's defenses to Defendant's remaining counterclaims are dismissed without prejudice**.**

**IT IS FURTHER ORDERED** that Defendant may file a motion for attorney's fees and costs, with supporting documentation in accordance with Local Rule CV-54(b)(2), within the time frame prescribed by the Local Rules.

**IT IS FINALLY ORDERED** that the Clerk of Court is respectfully directed to close the case.

**SIGNED** this 15th day of August, 2024.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE