IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VOIP-PAL.COM, INC.<br><br>  Plaintiff,<br><br>  v.<br><br>T-MOBILE USA, INC.,<br><br>  Defendant. | CIVIL ACTION NO. 6:21-cv-00674 -ADA |

**PLAINTIFF VOIP-PAL.COM'S RESPONSE TO DEFENDANT T-MOBILE'S NOTICE OF SUPPLEMENTAL FACTS RELEVANT TO ITS MOTION FOR ATTORNEYS' FEES AND COSTS**

Plaintiff VoIP-Pal.com, Inc. ("VoIP-Pal") respectfully submits this Response to Defendant T-Mobile's Notice of Supplemental Facts Relevant to Its Motion for Attorneys' Fees and Costs.

T-Mobile's Notice is improper because T-Mobile failed to seek leave of court before filing it. Local Rule CV-7(e) provides that after a reply brief is filed, "[a]bsent leave of court, no further submissions on the motion are allowed." Accordingly, the Court should not consider T-Mobile's Notice in ruling on T-Mobile's Motion for Attorneys' Fees and Costs.

Moreover, T-Mobile's Notice concerns facts regarding litigations not before this Court that are irrelevant to T-Mobile's Motion for Attorneys' Fees and Costs. VoIP-Pal's antitrust complaint in the District of Columbia addresses wholly different legal and factual grounds from the instant case. As stated in VoIP-Pal's Opposition to T-Mobile's Motion, T-Mobile fails to show how VoIP-Pal's conduct in any of its other litigations is somehow relevant to this case. *See* Dkt. No. 289 at 18. T-Mobile's claim that VoIP-Pal's allegations in the antitrust case are

1

baseless is unfounded. The court in the antitrust case has not held as much and it is not this Court's job to decide the merits of that case.

Finally, T-Mobile's reliance on VoIP-Pal's CEO Emil Malak's public statements is misplaced because those statements are irrelevant to the instant case. Contrary to what T-Mobile suggests, Mr. Malak did not opine that VoIP-Pal amended its antitrust complaint adding RICO and fraud claims to force a settlement with T-Mobile in the instant case. Mr. Malak spoke regarding settling the antitrust case. *See* Dkt. No. 298-1 at 3 of 6. Similarly, Mr. Malak's statements regarding the unconstitutionality of the America Invents Act were in response to a question as to why VoIP-Pal has shifted its focus away from its patent cases. *Id.* at 4 of 6. Misrepresenting Mr. Malak's statements fails to establish a need for deterrence or any exceptional conduct under § 285.

Accordingly, the Court should disregard T-Mobile's improvidently file Notice of allegedly relevant supplemental facts because it does not demonstrate any misconduct nor does it add support to T-Mobile's claim for attorneys' fees. Rather, T-Mobile's Notice is nothing more than an improper attempt to harass VoIP-Pal, to conflate unrelated legal actions, and to penalize VoIP-Pal for exercising its lawful rights.

Dated: January 23, 2025                    Respectfully submitted,

                                           By: /s/*Lewis E. Hudnell, III*
                                               Lewis E. Hudnell, III
                                               lewis@hudnelllaw.com
                                               Nicolas S. Gikkas
                                               nick@hudnelllaw.com
                                               Stanley H. Thompson, Jr.
                                               stan@hudnelllaw.com
                                               Hudnell Law Group P.C.
                                               800 W. El Camino Real Suite 180

Mountain View, California 94040
T: 650.564.3698
F: 347.772.3034

Sean Franklin Parmenter
sean@parmenterip.com
Parmenter Intellectual Property Law, PLLC
1401 21st St, Suite #10724
Sacramento, CA 95811
T: 925.482.6515

Mark D. Siegmund
msiegmund@cjsjlaw.com
Craig D. Cherry
ccherry@cjsjlaw.com
Will Ellerman
wellerman@cjsjlaw.com
Cherry Johnson Siegmund James, PLLC
7901 Fish Pond Road, 2nd Floor
Waco, TX 76710
T: (254) 732-2242

**ATTORNEYS FOR PLAINTIFF
VOIP-PAL.COM, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of the forgoing **PLAINTIFF VOIP-PAL.COM'S RESPONSE TO DEFENDANT T-MOBILE'S NOTICE OF SUPPLEMENTAL FACTS RELEVANT TO ITS MOTION FOR ATTORNEYS' FEES AND COSTS** via the Court's CM/ECF system pursuant to the Federal Rules of Civil Procedure and Local Rule CV-5(b)(1) this 23rd day of January, 2025.

> By: */s/Lewis E. Hudnell, III*
> Lewis E. Hudnell, III
> lewis@hudnelllaw.com
> Hudnell Law Group P.C.
> 800 W. El Camino Real Suite 180
> Mountain View, California 94040
> T: 650.564.3698
> F: 347.772.3034