# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00674-ADA |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § | |

### **ORDER SETTING MOTIONS HEARING (ZOOM)**

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTIONS HEARING regarding Defendants' Motion for Attorneys' Fees and Costs (ECF No. 279) by Zoom on February 21, 2025 at 09:30 AM.

IT IS SO ORDERED this 7th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE