# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO:  WA:21-CV-00674-ADA |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § | |

## ORDER RESETTING MOTIONS HEARING (ZOOM)

**IT IS HEREBY ORDERED** that the above entitled and numbered case is reset for MOTIONS HEARING regarding Defendants' Motion for Attorneys' Fees (ECF No. 279) by Zoom on February 21, 2025  at  10:30 AM .

IT IS SO ORDERED this 10th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE