UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | CIVIL NO: |
| vs. | § | WA:21-CV-00674-ADA |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § | |

### ORDER CANCELLING MOTIONS HEARING (ZOOM)

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **MOTIONS HEARING (ZOOM)** on **Friday, February 21, 2025 at 10:30 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 18th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE