# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| VOIP-PAL.COM, INC. | § | |
| | § | |
| vs. | § | NO: WA:21-CV-00674-ADA |
| | § | |
| T-MOBILE US, INC., T-MOBILE USA, INC., T-MOBILE USA, INC., T-MOBILE US, INC., VOIP-PAL.COM, INC. | § | |

## ORDER SETTING MOTION HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for MOTION HEARING regarding Defendants' Motion for Attorney's Fees (ECF No. 279) by Zoom on March 05, 2025 at 10:30 AM.

IT IS SO ORDERED this 20th day of February, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE